In the Matter of Hulan E. Jack, Appellant, against James M. Power et al., Constituting the Board of Elections of the City of New York, et al., Respondents, and Chauncey M. Hooper, Respondent. (Two Proceedings.)

Argued September 9, 1953; decided September 9, 1953.

*Carson D. Baker, Jacob Markowitz, Alfred M. Ascione, John R. Sanders* and *Leonard H. Sandler* for appellant.

*Lewis Abrahams* for Chauncey M. Hooper, respondent.

Order affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.